# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Transdev Services, Inc. | ) ASBCA No. 59812 |
| | ) |
| Under Contract No. CQ12169-E | ) |

APPEARANCE FOR THE APPELLANT:          Bradon J. Smith, Esq.
                                                    Associate General Counsel

APPEARANCE FOR THE AUTHORITY:          Jon B. Crocker, Esq.
                                                    Chief Counsel
                                                    Washington Metropolitan Area Transit Authority

## ORDER OF DISMISSAL

Appellant requests to withdraw this appeal, stating that it has submitted a revised claim and the Washington Metropolitan Area Transit Authority (WMATA) has agreed to review and issue a contracting officer's final decision on its revised claim. WMATA does not oppose appellant's request. Accordingly, this appeal is dismissed without prejudice to a timely appeal from a final decision on the revised claim.

Dated: 19 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59812, Appeal of Transdev Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals